# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>JESUS SANTIAGO, Plaintiff-Appellee,<br>v.<br>SUPERINTENDENT BRIAN FISCHER, | **DISTRICT**<br>EDNY | **DOCKET NUMBER**<br>12-CV-02137 |
| | **JUDGE**<br>Matsumoto, J. | **APPELLANT**<br>Jesus Santiago |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>Rob Rickner |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

**Reason for not ordering a transcript:**
- [ ] Copy is already available
- [✓] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [✓] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

N/A - no transcript.

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Rob Rickner | 6/27/2023 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | DATE |
|---|---|
| | |